# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUN TSUTSUMI,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, A New Jersey Corp.; MORRISON & FOERSTER, LLP; MORRISON & FOERSTER, LLP LONG TERM DISABILITY PLAN; AND DOES 1 through 10, Inclusive,<br><br>　　　　Defendants. | Case No. CV 13-06471 CBM (MRWx)<br><br>**ORDER RE STIPULATION TO DISMISS THE ENTIRE CASE WITH PREJUDICE [JS-6]** |

## ORDER

Based upon the stipulation of the Parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. CV 13-06471 CBM (MRWx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

IT IS SO ORDERED.

Dated:  May 20, 2014

_____
Hon. Consuelo B. Marshall
Judge, United States District Court

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

133493

1　　Case No.  CV 13-06471 CBM (MRWx)
　　ORDER RE STIPULATION TO DISMISS THE
　　ENTIRE CASE WITH PREJUDICE